## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLDS, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>ACTIVISION BLIZZARD, INC., )<br>BLIZZARD ENTERTAINMENT, INC. and )<br>ACTIVISION PUBLISHING, INC., )<br><br>Defendants. ) | Civil Action No. 1:12-CV-10576 (DJC) |

## DECLARATION OF KATHRYN N. HONG IN SUPPORT OF
## ACTIVISION'S OPENING CLAIM CONSTRUCTION BRIEF

I, Kathryn Hong, hereby declare:

1.      I am an associate with the law firm of Ropes & Gray LLP, counsel for Activision Blizzard, Inc., Blizzard Entertainment, Inc. and Activision Publishing, Inc. (collectively "Activision") in this action. I have personal knowledge of the following facts and if called upon to do so, could and would competently testify as to the matters set forth herein.

2.      I submit this Declaration in support of Activision's Opening Claim Construction Brief.

3.      Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,181,690.

4.      Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,493,558.

5.      Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 7,945,856.

6.      Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 8,082,501.

7.      Attached as Exhibit 5 is a true and correct copy of U.S. Patent No. 8,145,998.

8.      Attached as Exhibit 6 is a true and correct copy of an excerpt from the file history of U.S. Patent No. 6,219,045 titled "Preliminary Amendment" and dated November 8, 1999, with the relevant portions highlighted.

9.      Attached as Exhibit 7 is a true and correct copy of an excerpt from the file history of U.S. Patent No. 6,219,045 titled "Amendment" and dated January 18, 2000, with the relevant portions highlighted.

10.     Attached as Exhibit 8 is a true and correct copy of an excerpt from the file history of U.S. Patent No. 7,181,690 titled "Preliminary Amendment" and dated August 14, 2003, with the relevant portions highlighted.

11.     Attached as Exhibit 9 is a true and correct copy of excerpted pages from Riverside Webster's II New College Dictionary (1995), with the relevant portions highlighted.

12.     Attached as Exhibit 10 is a true and correct copy of excerpted pages from the Oxford Encyclopedic English Dictionary, 2d ed. (1995), with the relevant portions highlighted.

13.     Attached as Exhibit 11 is a true and correct copy of excerpted pages from the American Heritage College Dictionary, 3d ed. (1993), with the relevant portions highlighted.

14.     Attached as Exhibit 12 is a true and correct copy of excerpted pages from Webster's New World Dictionary of Computing Terms, 6th ed. (1997), with the relevant portions highlighted.

15.     Attached as Exhibit 13 is a true and correct copy of excerpted pages from Microsoft Computer Dictionary, 4th ed. (1999), with the relevant portions highlighted.

16.     Attached as Exhibit 14 is a true and correct copy of excerpted pages from the Dictionary of Computer Graphics and Virtual Reality, 2d ed. (1995), with the relevant portions highlighted.

I hereby declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: April 22, 2013

_____
Kathryn Hong