# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLDS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACTIVISION BLIZZARD, INC.,<br>BLIZZARD ENTERTAINMENT, INC.<br>and ACTIVISION PUBLISHING, INC.,<br><br>　　　　　Defendants. | Civil Action No. 1:12-CV-10576 (DJC) |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the August 6, 2012 Joint Scheduling Statement (D.I. 27) and the Court's August 13, 2012 and April 2, 2013 Orders modifying the Joint Scheduling Statement (D.I. 29 and D.I. 56), Plaintiff Worlds, Inc. ("Worlds") and Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., and Activision Publishing, Inc. (collectively "Activision") submit this Joint Claim Construction Statement. The parties will be addressing the claim terms of U.S. Patent Nos. 7,181,690 ("the '690 patent"), 7,493,558 ("the '558 patent"), 7,945,856 ("the '856 patent"), 8,082,501 ("the '501 patent"), and 8,145,998 ("the '998 patent").

## I.   LENGTH OF TIME FOR CLAIM CONSTRUCTION HEARING AND WITNESSES TO BE CALLED

The parties anticipate that they will need a total of 4 hours and 30 minutes for the Claim Construction Hearing, with 2 hours and 15 minutes allotted to Worlds and 2 hours and 15 minutes allotted to Activision. While neither party intends to exceed its total allotment of 2 hours and 15 minutes, the parties recognize that the Court may request more argument from one

party than the other.  Neither party plans to call any witnesses at the Claim Construction Hearing.

## II.     TUTORIALS ON THE RELEVANT TECHNOLOGY

Worlds and Activision each plan to provide a tutorial on the relevant technology.  Each party will present its respective tutorial at the start of the Claim Construction Hearing, with Worlds presenting first.  The amount of time each party spends presenting the tutorial will be counted against the party's total time allotment (2 hours and 15 minutes).  The tutorial presentations will be conducted by the parties' attorneys.  Pursuant to the Court's August 13, 2012 Scheduling Order (D.I. 29), by June 17, 2013, the parties will exchange presentation material to be used during the tutorial, such as PowerPoint slides and other computer media.

## III.    ORDER OF CLAIM TERMS TO BE CONSTRUED

The parties agree that the Court should construe 11 claim terms.  The parties will present their arguments term-by-term in the order as set forth in the attached Exhibit A, with Worlds presenting its argument first for each term.  The claim terms in Exhibit A have been arranged in order of importance.  While there is no time limit for each term, the amount of time each party spends presenting a term will be counted against the party's total time allotment (2 hours and 15 minutes).

## IV.    AGREED UPON CONSTRUCTIONS

The parties agree to the construction of the following claim term:

| Claim Term | Relevant Claims | Parties' Agreed Upon Construction |
|---|---|---|
| room | '501 Claims 1-8, 10, 12, 14-15; '998 Claims 1-3, 7-8, 11-18, 19, 20 | a region of a virtual space |

## V.     PROPOSED CONSTRUCTIONS FOR DISPUTED CLAIM TERMS

The parties submit the attached Joint Claim Construction Chart (Exhibit A) identifying each party's proposed constructions and supporting evidence for the 11 disputed claim terms.

2

Each party reserves the right to introduce rebuttal evidence identified in the parties' claim construction briefs at the Claim Construction Hearing.

| | |
|---|---|
| Dated: May 17, 2013 | Respectfully submitted, |
| By: /s/    *Ryan Caughey* | By: /s/ *Kathryn Hong* |
| Joel R. Leeman, BBO #292070<br>*jleeman@sunsteinlaw.com*<br>Jack C. Schecter, BBO #652349<br>*jschecter@sunsteinlaw.com*<br>SUNSTEIN KANN MURPHY<br>    & TIMBERS LLP<br>125 Summer Street<br>Boston, MA 02110-1618<br>Tel: 617-443-9292<br><br>*Pro hac vice*<br>Max L. Tribble<br>*mtribble@susmangodfrey.com*<br>Brian D. Melton<br>*bmelton@susmangodfrey.com*<br>Chanler Langham<br>*clangham@susmangodfrey.com*<br>Ryan Caughey<br>*rcaughey@susmangodfrey.com*<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>(713) 651-9366<br><br>Attorneys for Plaintiff Worlds, Inc. | Jesse J. Jenner (admitted *pro hac vice*)<br>*jesse.jenner@ropesgray.com*<br>Gene W. Lee (admitted *pro hac vice*)<br>*gene.lee@ropesgray.com*<br>Brian P. Biddinger (admitted *pro hac vice*)<br>*brian.biddinger@ropesgray.com*<br>Kathryn N. Hong (admitted *pro hac vice*)<br>*kathryn.hong@ropesgray.com*<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>(212) 596-9000<br><br>Blake B. Greene (BBO #681781)<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-3600<br>(617) 951-7000<br>*blake.greene@ropesgray.com*<br><br>Attorneys for Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., and Activision Publishing, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document and all attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on May 17, 2013.

/s/     *Kathryn Hong*

# EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| 1 | position of less than all of the other users' avatars[2] | '690 Claims 1-5 | **Proposed Construction:** positions for up to a set maximum number of the other users' avatars, which is less than the total number of other users' avatars<br><br>**Intrinsic Evidence:**<br>*Specification*[3]<br>*See, e.g.*, '690 Patent, Abstract; Col. 1:10-13, 2:17-20, 2:24-26, 3:41-46, 5:29-6:8, 13:23-48, 14:38-49, 14:59-15:6, 15:43-45, 15:52-54, 15:60-62.<br><br>*Claims*<br>*See, e.g.*, '690 Claims 1-20; '558 Claims 4-9; '856 Claim 1; '501 Claims 1-8, 10, 12, 14-16; '998 Claims 1-3, 7-8, 11-20.<br><br>**Extrinsic Evidence:** | **Proposed Construction:** No construction necessary<br><br>**Support:**<br>• Ex. B ('690 Patent) at 5:36–39, 5:45–48, 5:51–52, 5:65–67, 6:1–8, 7:4–6, 7:42–45, 11:34–39, 13:4–7, 13:27–32, 13:44–46, 14:41–46, 19:55–64, 20:25–33, 21:28–36, 22:14–23 (and corresponding citations in the other shared specifications of the Worlds patents) (all exhibit citations in this column refer to Worlds' exhibits, as attached to its Opening and Reply Claim Construction Briefs)<br>• Ex. F ('998 Patent) at 20:17–41<br>• Ex. G. ('690 File History Excerpts) at WORLDS 002040, WORLDS 002087-97<br>• Ex. H ('998 File History Excerpts) at |

---

[1]   The patents-in-suit are U.S. Patent Nos. 7,181,690 ("the '690 patent"), 7,493,558 ("the '558 patent"), 7,945,856 ("the '856 patent"), 8,082,501 ("the '501 patent"), and 8,145,998 ("the '998 patent").

[2]   There are 11 variations of the phrase "position of less than all of the other users' avatars" that appear in the asserted claims and should be construed in the same manner. The attached Exhibit B contains a complete list of all variations of this claim term and the parties' proposed construction for each variation.

[3]   Citations to the patents-in-suit are made by referring to the column number followed by a colon and then the line numbers – that is, "[column number]:[line numbers]." For ease of reference, all of the patent citations are to the specification of the '690 patent, which is identical in all material ways to the specification of the other four patents-in-suit.

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| | | | *See, e.g.*, Plaintiff's Second Supplemental Objections and Responses to Defendants' First Set of Interrogatories (Hong Ex. 15, D.I. 70-1) at 5-6. | WORLDS 004230-43 |
| 2 | determining, from the received positions, [a/the] set of the other users' avatars that are to be displayed[4] | '690 Claims 1-5, 11-14, 19 | **Proposed Construction:** selecting [a/the] set consisting of up to a set maximum number of the other users' avatars to be displayed based on the received positions<br><br>**Intrinsic Evidence:**<br>*Specification*<br>*See, e.g.*, '690 Patent, Col. 1:10-13, 5:19-6:8, 7:50-54; 13:23-48.<br><br>*Claims*<br>*See, e.g.*, '690 Claims 1-20;<br>'558 Claims 4-7;<br>'856 Claim 1;<br>'501 Claims 1-8, 10, 12, 14-16<br>'998 Claims 11-15.<br><br>*Prosecution History*<br>*See, e.g.*, U.S. Pat. No. 6,219,045 File History, Nov. 8, 1999 Preliminary Amendment & Remarks (Hong Ex. 6, | **Proposed Construction:** No construction necessary<br><br>**Support:**<br>• Ex. B ('690 Patent) at 5:36–39, 5:45–48, 5:51–52, 5:65–67, 6:1–8, 7:4–6, 7:42–45, 11:34–39, 13:4–7, 13:27–32, 13:44–46, 14:41–46, 19:55–64, 20:25–33, 21:28–36, 22:14–23 (and corresponding citations in the other shared specifications of the Worlds patents)<br>• Ex. F ('998 Patent) at 20:17–41<br>• Ex. L at 408 (*Microsoft Press Computer Dictionary* (2d ed., 1994) (definition of "variable"))<br>• Ex. N at 1111 (*Webster's College Dictionary* (Random House, 2001) (definition of "select")) |

---

[4] There are nine variations of the phrase "determining, from the received positions, [a/the] set of the other users' avatars that are to be displayed" that appear in the asserted claims and should be construed in the same manner. The attached Exhibit C contains a complete list of all variations of this claim term and the parties' proposed construction for each variation.

2

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| | | | D.I. 64-6) at 3; <br><br> U.S. Pat. No. 6,219,045 File History, Jan. 18, 2000 Amendment & Remarks (Hong Ex. 7, D.I. 64-7) at 5; <br><br> '690 File History, Aug. 14, 2003 Preliminary Amendment & Remarks (Hong Ex. 8, D.I. 64-8) at 13. <br><br> **Extrinsic Evidence:** <br> *See, e.g.*, *Roget's II The New Thesaurus*, 3d ed. (1995) (Worlds' Ex. J, D.I. 62-10) at 592 (a synonym of "limit" is "determine"). | |
| 3 | a participant condition | '501 Claims 1-8, 10, 12, 14-16 | **Proposed Construction:** <br> a condition set by the client <br><br> Or, alternatively, <br><br> Indefinite under 35 U.S.C. § 112, ¶ 2 <br><br> **Intrinsic Evidence:** <br> *Specification* <br> *See, e.g.*, '690 Patent, Col. 5:29-6:8; 13:23-40. <br><br> *Claims* <br> *See, e.g.*, '501 Claims 1-8, 10, 12, 14-16; <br> '998 Claims 1-3, 7-8, 11-18, 20. | **Proposed Construction:** <br> No construction necessary <br><br> Or, alternatively, <br><br> A condition imposed on an avatar, its controlling user, or its associated client device that affects the status or display of an avatar <br><br> **Support:** <br> • Ex. E ('501 Patent) at 6:3–5, 19:20–38, 20:12–13, 20:31–32, 20:64–65 (and corresponding citations in the other shared specifications of the Worlds patents) <br> • Ex. I ('501 File History Excerpts, Examiner's Amendment) at |

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| | | | | WORLDS000090–93<br>• Ex. K at 668 (*IBM Dictionary of Computing* (McGraw Hill, 1994)) |
| 4 | a condition | '998 Claims 1-3, 7- 8, 11-18, 20 | **Proposed Construction:**<br>a condition set by the client<br><br>Or, alternatively,<br><br>Indefinite under 35 U.S.C. § 112, ¶ 2<br><br>**Intrinsic Evidence:**<br>*Specification*<br>See, e.g., '690 Patent, Col. 5:29-6:8; 13:23-40.<br><br>*Claims*<br>See, e.g., '501 Claims 1-8, 10, 12, 14-16;<br>'998 Claims 1-3, 7-8, 11-18, 20. | **Proposed Construction:**<br>No construction necessary<br><br>Or, alternatively,<br><br>An expression in a software program that affects the status or display of an avatar<br><br>**Support:**<br>• Ex. E ('501 Patent) at 6:3–5, 19:20–38, 20:12–13, 20:31–32, 20:64–65 (and corresponding citations in the other shared specifications of the Worlds patents)<br>• Ex. I ('501 File History Excerpts, Examiner's Amendment) at WORLDS000090–93<br>• Ex. K at 668 (*IBM Dictionary of Computing* (McGraw Hill, 1994)) |
| 5 | programmed to limit the number of remote user avatars shown on the graphic display | '998 Claims 11-15 | **Proposed Construction:**<br>programmed to restrict the number of remote user avatars shown on the graphic display to a maximum number of avatars allowed<br><br>**Intrinsic Evidence:**<br>*Specification* | **Proposed Construction:**<br>No construction necessary<br><br>**Support:**<br>• Ex. B ('690 Patent) at 5:36–39, 5:45–48, 5:51–52, 5:65–67, 6:1–8, 7:4–6, 7:42–45, 11:34–39, 13:4–7, 13:27–32, 13:44–46, 14:41–46, 19:55–64, 20:25– |

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| | | | *See, e.g.*, '690 Patent, Col. 1:10-13, 5:19-6:8, 7:50-54, 13:23-48.<br><br>*Claims*<br>*See, e.g.*, '690 Claims 1-16, 18; '501 Claim 2; '998 Claims 11-15.<br><br>*Prosecution History*<br>*See, e.g.*, U.S. Pat. No. 6,219,045 File History, Nov. 8, 1999 Preliminary Amendment & Remarks (Hong Ex. 6, D.I. 64-6) at 3;<br><br>U.S. Pat. No. 6,219,045 File History, Jan. 18, 2000 Amendment & Remarks (Hong Ex. 7, D.I. 64-7) at 5;<br><br>'690 File History, Aug. 14, 2003 Preliminary Amendment & Remarks (Hong Ex. 8, D.I. 64-8) at 13.<br><br>**Extrinsic Evidence:**<br>*See, e.g.*, *Riverside Webster's II New College Dictionary* (1995) (Hong Ex. 9, D.I. 64-9) at 636 ("limit" (v.) means "To restrict or confine within limits"; "limit" (n.) means "The greatest number or amount allowed");<br><br>*The Oxford Encyclopedic English Dictionary*, 2d ed. (1995) (Hong Ex. | 33, 21:28–36, 22:14–23 (and corresponding citations in the other shared specifications of the Worlds patents)<br>• Ex. F ('998 Patent) at 20:17–38<br>• Ex. J (*Roget's II: The New Thesaurus*, at 592 ("limit"), 834 ("restrict") |

5

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| | | | 10, D.I. 64-10) at 832 ("limit" (v.) means "set or serve as a limit to" or "restrict"; "limit" (n.) means "the greatest or smallest amount permissible or possible (upper limit; lower limit)"); *The American Heritage College Dictionary*, 3rd ed. (1993) (Hong Ex. 11, D.I. 64-11) at 787 ("limit" (v.) means "To confine or restrict within a boundary or bounds" or "To fix definitely; to specify"; limit (n.) means "The greatest or least amount, number or extent allowed or possible."); *Roget's II The New Thesaurus*, 3d ed. (1995) (Worlds' Ex. J, D.I. 62-10) at 592 (a synonym of "limit" is "determine"). | |
| 6 | avatar | '690 Claims 1-20; '558 Claims 4-9; '856 Claim 1; '501 Claims 1-8, 10, 12, 14-16; '998 Claims 1-3, 7-8, 11-20 | **Proposed Construction:** a graphical representation of a user<br><br>**Intrinsic Evidence:**<br>*Specification*<br>*See, e.g.*, '690 Patent, Figs. 1, 5; Col. 3:12-36, 6:1-20, 6:56-7:14, 7:36-59.<br><br>*Claims*<br>*See, e.g.*, '690 Claims 1-20; '558 Claims 4-9; '856 Claim 1; '501 Claims 1-8, 10, 12, 14-16; | **Proposed Construction:** Graphical representation of a user in three-dimensional form<br><br>**Support:**<br>• Ex. B ('690 Patent) at 2:24–30, 3:11–17, 6:9–11, 6:14–17 (and corresponding citations in the other shared specifications of the Worlds patents) |

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| | | | '998 Claims 1-3, 7-8, 11-20.<br><br>**Extrinsic Evidence:**<br>*See, e.g.*, *Webster's New World Dictionary of Computer Terms*, 6th ed. (1997) (Hong Ex. 12, D.I. 64-12) at 45 ("avatar" means "A graphical representation of a person that appears on the computer screen in an interactive game or communication system. The avatar's appearance, actions, and words are controlled by the person whom the avatar represents.");<br><br>*Microsoft Computer Dictionary*, 4th ed. (1999) (Hong Ex. 13, D.I. 64-13) at 38 ("avatar" means "In virtual-reality environments such as certain types of Internet chat rooms, a graphical representation of a user. An avatar typically is a generic picture or animation of a human of either gender, a photograph or caricature of the user, a picture or animation of an animal, or an object chosen by the user to depict his or her virtual-reality 'identity.'"). | |
| 7 | client process | '690 Claims 1-20; '558 Claims 4-9; '856 Claim 1 | **Proposed Construction:**<br>a program being executed by a user's computer that receives services from a server<br><br>**Intrinsic Evidence:** | **Proposed Construction:**<br>A program executed, stored, or accessible on a user's computer to provide access to a server<br><br>**Support:** |

7

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| | | | *Specification*<br>*See, e.g.,* '690 Patent, Figs. 1-4; Col. 1:10-2:20, 2:30-38, 2:60-3:11, 3:20-23, 3:47-4:46, 7:42-49.<br><br>*Claims*<br>*See, e.g.,* '690 Claims 1-20;<br>'558 Claim 4-9;<br>'856 Claim 1;<br>'501 Claims 1-8, 10, 12, 14-16;<br>'998 Claims 1-3, 7-8, 11-20.<br><br>**Extrinsic Evidence:**<br>*See, e.g., The Dictionary of Computer Graphics and Virtual Reality*, 2d ed. (1995) (Hong Ex. 14, D.I. 64-14) at 109 ("process" means "A program while being executed, usually as one of several in a multiprogramming environment."). | • Ex. B ('690 Patent) at 4:11–35 (and corresponding citations in the other shared specifications of the Worlds patents)<br>• Ex. O at 821, 972 (*The IEEE Standard Dictionary of Electrical and Electronics Terms* (6th ed. 1996) ("process") ("server")) |
| 8 | server process | '690 Claims 1-20;<br>'558 Claims 4-7;<br>'856 Claim 1;<br>'501 Claims 1-8, 10, 14-16 | **Proposed Construction:**<br>a program being executed by a computer that provides services to a client<br><br>**Intrinsic Evidence:**<br>*Specification*<br>*See, e.g.,* '690 Patent, Figs. 1-3; Col. 1:10-2:20, 2:30-38, 2:60-3:11, 3:20-23, 3:47-4:46, 7:42-49; 14:6-16:5.<br><br>*Claims* | **Proposed Construction:**<br>A program executed, stored, or accessible by one or more computers that provide one or more services to users of computers across a network<br><br>**Support:**<br>• Ex. B ('690 Patent) at 4:11–35 (and corresponding citations in the other shared specifications of the Worlds patents)<br>• Ex. O at 821, 972 (*The IEEE Standard* |

8

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| | | | *See, e.g.*, '690 Claims 1-20; '558 Claim 4-7; '856 Claim 1; '501 Claims 1-8, 10, 12, 14-16; '998 Claims 1-3, 7-8, 11-20.<br><br>**Extrinsic Evidence:**<br>*See, e.g.*, *The Dictionary of Computer Graphics and Virtual Reality*, 2d ed. (1995) (Hong Ex. 14, D.I. 64-14) at 109 ("process" means "A program while being executed, usually as one of several in a multiprogramming environment."). | *Dictionary of Electrical and Electronics Terms* (6th ed. 1996) ("process") ("server")) |
| 9 | synchronously disseminating … positions<br><br>synchronously disseminating | '690 Claims 9, 18, 20 | **Proposed Construction:**<br>Indefinite under 35 U.S.C. § 112, ¶ 2<br><br>**Intrinsic Evidence:**<br>*Specification*<br>*See, e.g.*, '690 Patent, Col. 7:42-49.<br><br>*Claims*<br>*See, e.g.*, '690 Claims 9, 18, 20.<br><br>**Extrinsic Evidence:**<br>*See, e.g.*, *Riverside Webster's II New College Dictionary* (1995) (Hong Ex. 9, D.I. 64-9) at 1118 ("synchronous" means "1. Happening at the same time" or "2. Moving or operating at the same rate" or "3.a Having identical periods" or "3.b. Having identical period and | **Proposed Construction:**<br>No construction necessary<br><br>Or, alternatively,<br><br>Transmitting in a manner that is synchronized or coordinated<br><br>**Support:**<br>• Ex. B ('690 Patent) at 1:42–55, 3:30–34, 7:42–49, 12:4–22<br>• Ex. K at 134 (*IBM Dictionary of Computing* (McGraw Hill, 1994) ("synchronously"))<br>• Ex. L at 379 (*Computer Dictionary* (Microsoft Press, 1994) ("synchronously"))<br>• Ex. M at 1075 (*The IEEE Standard Dictionary of Electrical and* |

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| | | | phase"); *IBM Dictionary of Computing* (1994) (Worlds' Ex. K, D.I. 62-11) at 668 ("synchronous" means "(1) Pertaining to two or more processes that depend upon the occurrence of specific events such as common timing signals" or "(2) Occurring with a regular or predictable time relationship"); *The IEEE Standard Dictionary of Electrical And Electronics Terms*, 6th ed. (1996) (Worlds' Ex. M, D.I. 62-13) at 1075 ("synchronous" means "(1) A mode of transmission in which the sending and receiving terminal equipment are operating continuously at the same rate and are maintained in a desired phase relationship by an appropriate means" or "(2) Protocol operation in which only one exchange between a given pair of entities can be handled at any moment in time. The current exchange must complete before the next can be initiated" or "(3) Describes an activity specified by a function that is expected to be complete when the function returns"). | *Electronics Terms* (6th Ed. 1996)) ("synchronously")<br>• Ex. O at 1075 (*The IEEE Standard Dictionary of Electrical and Electronics Terms* (6th Ed. 1996)) ("synchronous computer") |
| 10 | third user perspective | '998 Claims 2-3, 7-8, 11-17 | **Proposed Construction:**<br>Indefinite under 35 U.S.C. § 112, ¶ 2 | **Proposed Construction:**<br>View from the perspective of the user |

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| | | | **Intrinsic Evidence:**<br>*Specification*<br>*See, e.g.*, '690 Patent, Fig. 1; Col. 3:12-28; 7:20-23.<br><br>*Claims*<br>*See, e.g.*, '998 Claims 1-3, 7-8, 11-17, 19.<br><br>**Extrinsic Evidence:**<br>*See, e.g.*, Worlds' Preliminary Disclosure of the Claims Infringed (D.I. 34), Ex. I at 16-18, 20 and Ex. J at 3-4, 6);<br><br>Worlds' First Supplemental Disclosure of the Claims Infringed (D.I. 58), Ex. I at 17-19, 21 and Ex. J at 5-6, 9-10. | **Support:**<br>• Ex. F ('998 Patent) at 3:22–25, 3:26–35, 3:45–46 |
| 11 | switch between a rendering in which all of a perspective view of a local user avatar of the local user is displayed and a rendering in which less than all of the perspective view is displayed | '998 Claim 19 | **Proposed Construction:**<br>Indefinite under 35 U.S.C. § 112, ¶ 2<br><br>**Intrinsic Evidence:**<br>*Specification*<br>*See, e.g.*, '690 Patent, Abstract; Fig. 1; Col. 3:20-28, 7:50-59;<br><br>*Claims*<br>*See, e.g.*, '998 Claims 1-2, 19. | **Proposed Construction:**<br>No construction necessary<br><br>Or, alternatively,<br><br>Switch between a graphical representation in which all of a local user's field of view is displayed, and a graphical representation in which less than all of a local user's field of view is displayed<br><br>**Support:**<br>• Ex. B ('690 Patent) at 7:4–6<br>• Ex. F ('998 Patent) at 20:39–44, 3:22– |

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Term | Relevant Claims[1] | Activision's Proposal | Worlds' Proposal |
|---|---|---|---|---|
| | | | | 25, 3:28–34, 4:55–56, 7:55–57, 8:20–21 |

# EXHIBIT B: THE PARTIES' PROPOSED CONSTRUCTIONS FOR VARIATIONS OF "POSITION OF LESS THAN ALL OF THE OTHER USERS' AVATARS"

| Claim Term | Relevant Claims | Activision's Proposal | World's Proposal |
|---|---|---|---|
| position of less than all of the other users' avatars | '690 Claims 1-5 | positions for up to a set maximum number of the other users' avatars, which is less than the total number of other users' avatars | No construction necessary. |
| positions of less than all of the avatars that are not associated with the client process | '690 Claims 6-8, 15-17; '558 Claims 6-7 | positions for up to a set maximum number of the avatars that are not associated with the client process, which is less than the total number of avatars that are not associated with the client process | |
| less than all of the positions of the avatars not associated with a particular client process | '690 Claim 9 | positions for up to a set maximum number of the avatars not associated with a particular client process, which is less than the total number of avatars not associated with a particular client process | |
| positions of the avatars associated with less than all of the other users | '690 Claim 10 | positions for up to a set maximum number of the other users' avatars, which is less than the total number of other users' avatars | |
| position of at less than all of the other users' avatar | '690 Claims 11-14, 19 | positions for up to a set maximum number of the other users' avatars, which is less than the total number of other users' avatars | |
| positions of less than all of the avatars not associated with a particular client process | '690 Claims 18, 20 | positions for up to a set maximum number of the avatars not associated with a particular client process, which is less than the total number of avatars not associated with a particular client process | |
| positions of avatars in a set associated with said each client process, wherein the set associated with said each client process does not include at least one avatar of the avatars associated with the client processes of the plurality of users, the at least one avatar not being associated with said each client process | '558 Claims 4-5 | positions of avatars in a set associated with said each client process, wherein the set consists of positions for up to a set maximum number of the avatars associated with the other client processes of the plurality of users, which is less than the total number of avatars associated with the other client processes | |

1

**EXHIBIT B: PROPOSED CONSTRUCTIONS FOR VARIATIONS OF
"POSITION OF LESS THAN ALL OF THE OTHER USERS' AVATARS"**

| Claim Term | Relevant Claims | Activision's Proposal | World's Proposal |
|---|---|---|---|
| a second plurality of second received positions from the first plurality of second received positions, the second plurality of second received positions being smaller than the first plurality of second received positions | '558 Claims 8-9 | a second plurality of second received positions from the first plurality of second received positions, the second plurality of second received positions consisting of positions for up to a set maximum number of the second avatars, which is less than the total number of second avatars | |
| positions of fewer than all of the second avatars | '856 Claim 1 | positions for up to a set maximum number of the second avatars, which is less than the total number of second avatars | |
| position information associated with fewer than all of the other user avatars | '501 Claims 1-8, 10, 12, 14-16 | position information for up to a set maximum number of the other user avatars, which is less than the total number of other user avatars | |
| [positions/ position information] associated with less than all of the remote user avatars | '998 Claims 1-3, 7-8, 11-20 | [positions/position information] for up to a set maximum number of the remote user avatars, which is less than the total number of remote user avatars | |

2

**EXHIBIT C: THE PARTIES' PROPOSED CONSTRUCTIONS FOR VARIATIONS OF "DETERMINING, FROM THE RECEIVED POSITIONS, [A/THE] SET OF THE OTHER USERS' AVATARS THAT ARE TO BE DISPLAYED"**

| Claim Term | Relevant Claims | Activision's Proposal | World's Proposal |
|---|---|---|---|
| determining, from the received positions, [a/the] set of the other users' avatars that are to be displayed | '690 Claims 1-5, 11-14, 19 | selecting [a/the] set consisting of up to a set maximum number of the other users' avatars to be displayed based on the received positions | No construction necessary. |
| determining from the positions transmitted in step (c), by each client process, a set of the avatars that are to be displayed | '690 Claims 6-8, 15-17; '558 Claims 6-7 | selecting, by each client process, a set consisting of up to a set maximum number of the avatars to be displayed based on the positions transmitted in step (c) | |
| determine from the positions a set of avatars that are to be displayed | '690 Claims 9, 18, 20 | select a set consisting of up to a set maximum number of avatars to be displayed based on the positions | |
| determine from the received positions a set of the other users' avatars that are to be displayed | '690 Claim 10 | select a set consisting of up to a set maximum number of the other users' avatars to be displayed based on the received positions | |
| determining from the positions received in step (C), by said each client process, avatars that are to be displayed | '558 Claims 4-5 | selecting, by said each client process, up to a set maximum number of avatars to be displayed based on the positions received in step (C) | |
| determining, from the received positions, a set of the second avatars that are to be displayed | '856 Claim 1 | selecting a set consisting of up to a set maximum number of the second avatars to be displayed based on the received positions | |
| determining, by the client device, a displayable set of the other user avatars associated with the client device display | '501 Claims 1-8, 10 | selecting, by the client device, a set consisting of up to a set maximum number of the other user avatars associated with the client device display to be displayed | |
| determine a set of the other users' avatars displayable on a screen associated with the client device | '501 Claim 12 | select a set consisting of up to a set maximum number of the other users' avatars to be displayed on a screen associated with the client device | |
| determining, by the client device, a displayable set of the other user avatars associated with the client device display | '501 Claims 14-16 | selecting, by the client device, a set consisting of up to a set maximum number of the other user avatars associated with the client device display to be displayed | |

1