THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORLDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORAL ARGUMENT REQUESTED |
| v. | ) |
| | ) |
| ACTIVISION BLIZZARD, INC., | ) Civil Action No. 1:12-CV-10576 (DJC) |
| BLIZZARD ENTERTAINMENT, INC. and | ) |
| ACTIVISION PUBLISHING, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

Pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., and Activision Publishing, Inc. (collectively "Activision") move for summary judgment of invalidity of all of the asserted claims of U.S. Patent Nos. 7,181,690; 7,493,558; 7,945,856; 8,082,501; and 8,145,998 (collectively, "the Patents-In-Suit").

In support of this Motion, Activision is contemporaneously filing: (i) Memorandum in Support of Defendants' Motion for Summary Judgment of Invalidity; (ii) Statement of Undisputed Material Facts in Support of Defendants' Motion for Summary Judgment of Invalidity; (iii) Declaration of Kathryn N. Hong in Support of Defendants' Motion for Summary Judgment of Invalidity (and exhibits thereto); and (iv) Affidavit of Forrest Stroud in Support of Defendants' Motion for Summary Judgment of Invalidity (and exhibit thereto).

For the reasons set forth in the accompanying Memorandum and supporting materials, Activision respectfully requests that this Court grant summary judgment that (1) the effective filing date of the Patents-In-Suit is November 12, 1996; and (2) all of the asserted claims of the

Patents-In-Suit are invalid under 35 U.S.C. § 102(b), based on Plaintiff Worlds, Inc.'s admitted public use of the claimed inventions more than one year prior to the effective filing date of the Patents-In-Suit.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Activision respectfully requests oral argument to aid in resolution of this Motion.

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), Activision hereby certifies that counsel for Activision conferred with counsel for Worlds, Inc. in a good faith attempt to resolve or narrow the issues presented by this Motion.

Respectfully submitted,

Dated:  June 18, 2013   By:  */s/ Blake B. Greene*
Blake B. Greene (BBO #681781)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
(617) 951-7000
*blake.greene@ropesgray.com*

Jesse J. Jenner (*pro hac vice*)
*jesse.jenner@ropesgray.com*
Gene W. Lee (*pro hac vice*)
*gene.lee@ropesgray.com*
Brian P. Biddinger (*pro hac vice*)
*brian.biddinger@ropesgray.com*
Kathryn N. Hong (*pro hac vice*)
*kathryn.hong@ropesgray.com*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
T: (212) 596-9000
F: (212) 596-9050

ATTORNEYS FOR DEFENDANTS,
ACTIVISION BLIZZARD, INC.,
BLIZZARD ENTERTAINMENT, INC.
AND ACTIVISION PUBLISHING,
INC.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and supporting materials identified above filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 18th day of June, 2013.

By: _/s/ Blake B. Greene_
Blake B. Greene