# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-CV-10576 (DJC) |
| | ) |
| ACTIVISION BLIZZARD, INC., | ) |
| BLIZZARD ENTERTAINMENT, INC. and | ) |
| ACTIVISION PUBLISHING, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO CONTINUE THE *MARKMAN* HEARING

Pursuant to Local Rules 7.1 and 40.3(a), Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., and Activision Publishing, Inc. (collectively "Activision") respectfully move to continue the *Markman* hearing, which is currently scheduled for August 22-23, 2013 (D.I. 81), pending the Court's decision on Activision's Motion for Summary Judgment of Invalidity (D.I. 83).

In support of this Motion, Activision is contemporaneously filing a Memorandum in Support of Defendants' Motion to Continue the *Markman* Hearing.

For the reasons set forth in the accompanying Memorandum, Activision respectfully requests that the Court continue the *Markman* hearing until the Court issues its decision on Activision's Motion for Summary Judgment of Invalidity (D.I. 83).

## **RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), Activision hereby certifies that counsel for Activision conferred with counsel for Worlds, Inc. in a good faith attempt to resolve or narrow the issues presented by this Motion.

Respectfully submitted,

Dated: July 31, 2013 By: */s/ Blake B. Greene*
Blake B. Greene (BBO #681781)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
(617) 951-7000
*blake.greene@ropesgray.com*

Jesse J. Jenner (*pro hac vice*)
*jesse.jenner@ropesgray.com*
Gene W. Lee (*pro hac vice*)
*gene.lee@ropesgray.com*
Brian P. Biddinger (*pro hac vice*)
*brian.biddinger@ropesgray.com*
Kathryn N. Hong (*pro hac vice*)
*kathryn.hong@ropesgray.com*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
T: (212) 596-9000
F: (212) 596-9050

ATTORNEYS FOR DEFENDANTS,
ACTIVISION BLIZZARD, INC.,
BLIZZARD ENTERTAINMENT, INC.
AND ACTIVISION PUBLISHING,
INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and Memorandum identified above filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 31st day of July, 2013.

By: */s/ Blake B. Greene*
Blake B. Greene