THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORLDS, INC., <br>     Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., et al. <br>     Defendants. | Civil Action No. 1:12-CV-10576 (DJC) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., and Activision Publishing, Inc. (collectively "Activision") respectfully submit the attached opinion, *Medtronic Corevalve, LLC v. Edwards Lifesciences Corp.*, ---F.3d----, 2014 WL 229081 (Fed. Cir. Jan. 22, 2014), as supplemental authority for their pending motion for summary judgment.

Defendants call the Court's attention to the passages highlighted in yellow in the case and excerpted briefing provided herewith. Medtronic argued unsuccessfully to both the District and Circuit Courts that a benefit claim in a transmittal sheet for a patent application could satisfy the "specific reference" requirement.

                                          Respectfully submitted,

Dated:  January 24, 2014          By:  */s/ Kathryn N. Hong*
                                              Kathryn N. Hong (*pro hac vice*)
                                              *kathryn.hong@ropesgray.com*
                                              ROPES & GRAY LLP
                                              1211 Avenue of the Americas
                                              New York, New York 10036-8704
                                              T: (212) 596-9000
                                              F: (212) 596-9050

                                              Blake B. Greene (BBO #681781)
                                              *blake.greene@ropesgray.com*
                                              ROPES & GRAY LLP
                                              Prudential Tower
                                              800 Boylston Street
                                              Boston, Massachusetts  02199-3600
                                              (617) 951-7000

                                              Jesse J. Jenner (*pro hac vice*)
                                              *jesse.jenner@ropesgray.com*
                                              Gene W. Lee (*pro hac vice*)
                                              *gene.lee@ropesgray.com*
                                              Brian P. Biddinger (*pro hac vice*)
                                              *brian.biddinger@ropesgray.com*
                                              Matthew J. Moffa (*pro hac vice*)
                                              *matthew.moffa@ropesgray.com*
                                              ROPES & GRAY LLP
                                              1211 Avenue of the Americas
                                              New York, New York 10036-8704
                                              T: (212) 596-9000
                                              F: (212) 596-9050

                                              ATTORNEYS FOR DEFENDANTS,
                                              ACTIVISION BLIZZARD, INC.,
                                              BLIZZARD ENTERTAINMENT, INC.
                                              AND ACTIVISION PUBLISHING,
                                              INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 24th day of January, 2014.

By: */s/ Kathryn N. Hong*
Kathryn N. Hong