UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLDS, INC., <br>         Plaintiff <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., *et al.*, <br><br>         Defendants. | Civil Action No. 12-CV-10576-DPW |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned counsel hereby withdraws his appearance on behalf of the defendants, Activision Blizzard, Inc., Activision Publishing, Inc. and Blizzard Entertainment, Inc., in the above captioned matter. The Defendants will continue to be represented by counsel of record from the law firm of Ropes & Gray LLP.

        Respectfully submitted,
        Activision Blizzard, Inc.,
        Activision Publishing, Inc., and
        Blizzard Entertainment, Inc.,
        By their attorneys,

        /s/ David R. Kerrigan
        Christopher A. Kenney, BBO #556511
        David R. Kerrigan, BBO #550843
        Eric B. Goldberg, BBO #564398
        Kenney & Sams, P.C.
        45 School Street
        Old City Hall
        Boston, MA  02108
        Tel: (617) 722-6045
        Fax: (617) 722-6046
        cakenney@KandSlegal.com

drkerrigan@KandSlegal.com
ebgoldberg@KandSlegal.com
Omer Salik, Esq.
Activision Blizzard, Inc.
3100 Ocean Park Blvd.
Santa Monica, California 90405
Tel: (310) 255-2642
Fax: (310) 255-1212
omer.salik@activision.com

## **CERTIFICATE OF SERVICE**

I, David R. Kerrigan, do hereby certify that the foregoing was filed through the ECF system and was served electronically to the registered attorneys of record listed below on March 13, 2014.

Joel R. Leeman, Esq.
Jack C. Schecter, Esq.
Sunstein Kann Murphy
& Timbers LLP
125 Summer Street
Boston, MA 02110

Max L. Tribble, Esq.
Joseph S. Grinstein, Esq.
Sandeep Seth, Esq.
Ryan Caughey, Esq.
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002

Ropes & Gray LLP
Blake B. Greene, Esq.
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600

Date:  March 13, 2014                              /s/ David R. Kerrigan