FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLDS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., and ACTIVISION PUBLISHING, INC.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 1:12-CV-10576-DJC<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER GRANTING THE PARTIES'
JOINT MOTION TO STAY ALL PROCEEDINGS**

　　On this day came on to be heard the parties' Joint Motion to Stay all Proceedings.  After due consideration, it is hereby ORDERED that all proceedings are stayed pending the resolution of Bungie, Inc.'s six petitions for *Inter Partes* Review involving the patent claims asserted in this lawsuit.

　　　　　　　　　　　　　　　　　　　　　　　　Denise J. Casper
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge