UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLDS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ACTIVISION BLIZZARD, INC., <br> BLIZZARD ENTERTAINMENT, INC. and <br> ACTIVISION PUBLISHING, INC., <br><br> Defendants. | Civil Action No. 1:12-CV-10576 (DJC) <br><br> *Oral Argument Requested* |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE ASSERTED PATENT CLAIMS ARE INVALID UNDER 35 U.S.C. § 101**

Pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., and Activision Publishing, Inc. (collectively, "Defendants") move for summary judgment that the asserted claims of U.S. Patent Nos. 7,181,690 ("the '690 patent"), 7,493,558 ("the '558 patent"), 7,945,856 ("the '856 patent"), 8,082,501 ("the '501 patent"), and 8,145,998 ("the '998 patent") are invalid under 35 U.S.C. § 101 as directed to patent ineligible subject matter.

In support of this motion, Defendants are filing, contemporaneously herewith: (1) Defendants' Memorandum in Support of Their Motion for Summary Judgment that the Asserted Patent Claims Are Invalid Under 35 U.S.C. § 101; (2) Defendants' Statement of Undisputed Material Facts; and (3) the Declaration of Claire M. Specht in Support of Defendants' Motion and accompanying Exhibits 1-17.

For the reasons set forth in Defendants' Memorandum in Support of Their Motion for Summary Judgment, Defendants respectfully request that the Court enter summary judgment that all asserted claims of the '690 patent, '558 patent, '856 patent, '501 patent and '998 patent are invalid.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully requests oral argument on the matter to aid in resolution of the motion.

Respectfully submitted,

Date:  May 19, 2020

By: */s/ Kevin S. Prussia*
Kevin S. Prussia (BBO# 666813)
Kevin.Prussia@wilmerhale.com
Claire M. Specht (BBO# 687952)
Claire.Specht@wilmerhale.com
Scott Bertulli (BBO# 690958)
Scott.Bertulli@wilmerhale.com
Rian Rossetti (BBO# 703878)
Rian.Rossett@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
   DORR LLP
60 State Street
Boston, Massachusetts 02109
T: (617) 526-6000
F: (617) 526-5000

Sonal N. Mehta (*pro hac vice*)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
   DORR LLP
950 Page Mill Road
Palo Alto, California 94304
T: (650) 858-6000
F: (650) 858-6100

*Attorneys for Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., and Activision Publishing, Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that counsel for Defendants has conferred with Plaintiff Worlds Inc.'s counsel in an attempt in good faith to resolve or narrow the issues presented by this motion. Worlds Inc. opposes the motion.

Dated:  May 19, 2020                                              By:  */s/ Kevin S. Prussia*
                                                                                Kevin S. Prussia

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 19th day of May, 2020.

                                                                            By:  */s/ Kevin S. Prussia*
                                                                                   Kevin S. Prussia