## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WORLDS, INC., | ) | |
|  | ) | |
| Plaintiff, | ) | Civil Action No. 1:12-CV-10576 (DJC) |
|  | ) | |
| v. | ) | JURY TRIAL DEMANDED |
|  | ) | |
| ACTIVISION BLIZZARD, INC., | ) | |
| BLIZZARD ENTERTAINMENT, INC., | ) | |
| and ACTIVISION PUBLISHING, INC., | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

### DEFENDANTS' NOTICE OF NARROWED ELECTION OF PRIOR ART

Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., and Activision Publishing, Inc. (collectively, "Defendants") hereby provide notice that, pursuant to the Court's scheduling order (Dkt. 307), Defendants have served on Plaintiff Worlds, Inc. ("Plaintiff") their narrowed election of invalidating prior art under 35 U.S.C. §§ 102 and 103 in response to Plaintiff's narrowed election of asserted claims (Dkt. 336)—a copy of which is attached hereto as Exhibit A.

Respectfully submitted,

Dated: March 11, 2021

By: */s/ Sonal N. Mehta*
Sonal N. Mehta (*pro hac vice*)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
    DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
Tel.: (650) 858-6000
Fax: (650) 858-6100

Kevin S. Prussia (BBO# 666813)
Kevin.Prussia@wilmerhale.com
Claire M. Specht (BBO# 687952)
Claire.Specht@wilmerhale.com
Scott Bertulli (BBO# 690958)
Scott.Bertulli@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
    DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Defendants Activision Blizzard,
Inc., Blizzard Entertainment, Inc., and
Activision Publishing, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 11th day of March, 2021.

By:  _/s/ Sonal N. Mehta_
     Sonal N. Mehta