IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLDS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:12-CV-10576 (DJC) |
| ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., and ACTIVISION PUBLISHING, INC., | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

**DECLARATION OF KEVIN S. PRUSSIA IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR DISALLOWANCE OF DEFENDANTS' AMENDED BILL OF COSTS**

I, Kevin S. Prussia, hereby declare:

1. I am a counsel with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Activision Blizzard, Inc., Blizzard Entertainment, Inc., and Activision Publishing, Inc. (collectively, "Defendants") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts and am admitted to practice before this Court.

2. I submit this declaration in support of Defendants' Response to Plaintiff's Motion for Disallowance of Defendants' Amended Bill of Costs.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Acceleration Bay, LLC's website www.accelerationbay.com, as of February 3, 2020 as recorded on the Wayback Machine.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff's Notice of Deposition of John Cash, dated October 27, 2015.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's Notice of Deposition of Neil Hubbard, dated October 27, 2015.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff's Notice of Deposition of Jon Bojorquez, dated October 30, 2020.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff's Notice of Deposition of Mike Elliot, dated October 30, 2020.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff's Notice of Deposition of Rob Kostich, dated October 30, 2020.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff's Notice of Deposition of Pat Griffith, dated January 27, 2021.

10. Attached hereto as **Exhibit 8** is a true and correct copy of correspondence dated January 27, 2021, sent from counsel for Worlds to counsel for Defendants.

11. Attached hereto as **Exhibit 9** is a true and correct copy of correspondence dated February 4, 2021, sent from counsel for Worlds to counsel for Defendants.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiff's Initial Disclosures, dated August 17, 2012.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of July, 2021, in Boston, Massachusetts.

                                                                                                   */s/ Kevin S. Prussia*  
Kevin S. Prussia (BBO# 666813)  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
60 State Street  
Boston, MA 02109  
Tel.: (617) 526-6000  
Fax: (617) 526-5000  
kevin.prussia@wilmerhale.com

*Attorney for Activision Blizzard, Inc., Blizzard Entertainment, Inc., and Activision Publishing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 6th day of July, 2021.

By: */s/ Kevin S. Prussia*
Kevin S. Prussia