# EXHIBIT 1

March 4, 2019: Edge Video - 5G CDN (/web/20200203185239mp_/http://www.accelerationbay.com/news) ×



*We Innovate and Accelerate*

## Incubator - Investor

*Latest Edge Computing Project: Edge Video - 5G CDN*



Read the news about Edge Video moving into Alpha stage here (/web/20200203185239/http://www.accelerationbay.com/news).

**@earbeans**


 (http://web.archive.org/web/20200203185239/http://www.twitter.com/earbeans/)
**(http://web.archive.org/web/20200203185239/http://www.twitter.com/earbeans/)**

RT @MMOGames (http://web.archive.org/web/20200203185239/https://twitter.com/MMOGames): Social Roleplaying MMORPG Book of Travels Beta Announced. #MMORPG (http://web.archive.org/web/20200203185239/https://twitter.com/#!/search?q=%23MMORPG) #MMO (http://web.archive.org/web/20200203185239/https://twitter.com/#!/search?q=%23MMO) https://t.co/XXmHm6QU9q (http://web.archive.org/web/20200203185239/https://t.co/XXmHm6QU9q) https://t.co/0Ze1sGdf7F (http://web.archive.org/web/20200203185239/https://t.co/0Ze1sGdf7F)

Feb 1, 2020, 7:52 PM (http://web.archive.org/web/20200203185239/https://twitter.com/earbeans/status/1223816315904974849)

**されいぐ ≧蒼き石樽≦**


 (http://web.archive.org/web/20200203185239/http://www.twitter.com/Mudokawasaki/)
**(http://web.archive.org/web/20200203185239/http://www.twitter.com/Mudokawasaki/)**

RT @MMOGames (http://web.archive.org/web/20200203185239/https://twitter.com/MMOGames): Magic: ManaStrike Review – Planeswalker Arena. #mobilegames (http://web.archive.org/web/20200203185239/https://twitter.com/#!/search?q=%23mobilegames) #MTG (http://web.archive.org/web/20200203185239/https://twitter.com/#!/search?q=%23MTG) https://t.co/evOc9yPeYX (http://web.archive.org/web/20200203185239/https://t.co/evOc9yPeYX) https://t.co/McMa8Tq0ly (http://web.archive.org/web/20200203185239/https://t.co/McMa8Tq0ly)

Jan 31, 2020, 1:26 AM (http://web.archive.org/web/20200203185239/https://twitter.com/Mudokawasaki/status/1223175761831456768)

**Aksport**

 (http://web.archive.org/web/20200203185239/http://www.twitter.com/TheOnlyAksport/)
**(http://web.archive.org/web/20200203185239/http://www.twitter.com/TheOnlyAksport/)**

RT @MMOGames (http://web.archive.org/web/20200203185239/https://twitter.com/MMOGames): Blizzard cancels a number of Overwatch League matches over concerns for player heath because of the Coronavirus. #Coronavirus (http://web.archive.org/web/20200203185239/https://twitter.com/#!/search?q=%23Coronavirus)…

Jan 30, 2020, 2:30 PM (http://web.archive.org/web/20200203185239/https://twitter.com/TheOnlyAksport/status/1223010507306733569)

ACCELERATION BAY, 951 MARINERS ISLAND BOULEVARD, SUITE 300, SAN MATEO, CA, 94404   650 200 0563   INFO@ACCELERATIONBAY.COM (HTTP://WEB.ARCHIVE.ORG/WEB/20200203185239/MAILTO:INFO@ACCELERATIC

Copyright (c) 2020 Acceleration Bay LLC