# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLDS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 1:12-CV-10576 (DJC) |
| ACTIVISION BLIZZARD, INC., ) | |
| BLIZZARD ENTERTAINMENT, INC. and ) | JURY TRIAL DEMANDED |
| ACTIVISION PUBLISHING, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION**

Please take notice that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs, by their undersigned counsel, will take the deposition upon oral examination of John Cash on Thursday, November 5, 2015, at 9:00 a.m. PST. The deposition shall take place at Regus, 300 Spectrum Center Drive, Suite 400, Irvine, California 92618. The deposition will be recorded by stenographic means and by videotape and taken before a notary public or other person authorized to administer oaths.

Dated: October 27, 2015                     Respectfully submitted,

                                            **Worlds, Inc.**
                                            By its attorneys,

                                            By: */s/ Ryan V. Caughey*
                                            Max L. Tribble (admitted *pro hac vice*)
                                            mtribble@susmangodfrey.com
                                            Chanler Langham (*pro hac vice* pending)
                                            clangham@susmangodfrey.com
                                            Ryan Caughey (admitted *pro hac vice*)
                                            rcaughey@susmangodfrey.com
                                            Susman Godfrey L.L.P.
                                            1000 Louisiana Street, Suite 5100
                                            Houston, Texas 77002
                                            Telephone: (713) 651-9366
                                            Facsimile: (713) 654-6666

                                            Joel R. Leeman (BBO # 292070)
                                            jleeman@sunsteinlaw.com
                                            SUNSTEIN KANN MURPHY & TIMBERS LLP
                                            125 Summer Street
                                            Boston, MA 02110-1618
                                            Telephone: (617) 443-9292
                                            Facsimile: (617) 443-0004

                                            *Attorneys for Plaintiff Worlds, Inc.*

## CERTIFICATE OF SERVICE

    I certify that on the above date, this document was served on counsel of record by email on October 27, 2015.

                                            */s/ Ryan V. Caughey*
                                            Ryan V. Caughey