# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLDS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ACTIVISION BLIZZARD, INC., ) <br> BLIZZARD ENTERTAINMENT, INC. and ) <br> ACTIVISION PUBLISHING, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 1:12-CV-10576 (DJC) <br><br> JURY TRIAL DEMANDED |

**NOTICE OF DEPOSITION**

Please take notice that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs, by their undersigned counsel, will take the deposition upon oral examination of Neil Hubbard on Tuesday, November 3, 2015, at 9:00 a.m. PST. The deposition shall take place at Regus, 300 Spectrum Center Drive, Suite 400, Irvine, California 92618. The deposition will be recorded by stenographic means and by videotape and taken before a notary public or other person authorized to administer oaths.

Dated: October 27, 2015 Respectfully submitted,

**Worlds, Inc.**
By its attorneys,

By: */s/ Ryan V. Caughey*
Max L. Tribble (admitted *pro hac vice*)
mtribble@susmangodfrey.com
Chanler Langham (*pro hac vice* pending)
clangham@susmangodfrey.com
Ryan Caughey (admitted *pro hac vice*)
rcaughey@susmangodfrey.com
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666


Joel R. Leeman (BBO # 292070)
jleeman@sunsteinlaw.com
SUNSTEIN KANN MURPHY & TIMBERS LLP
125 Summer Street
Boston, MA 02110-1618
Telephone: (617) 443-9292
Facsimile: (617) 443-0004

*Attorneys for Plaintiff Worlds, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the above date, this document was served on counsel of record by email on October 27, 2015.

*/s/ Ryan V. Caughey*
Ryan V. Caughey