# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WORLDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., and ACTIVISION PUBLISHING, INC., <br><br> Defendants. | Civil Action No. 1:12-CV-10576-DJC <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF DEPOSITION OF JON BOJORQUEZ**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Worlds, Inc. ("Worlds") will take the deposition of Jon Bojorquez by oral examination using video tape, audio tape, or other stenographic means, or a combination of those means. The deposition will commence on November 17, 2020 at Davidson Berquist Jackson & Gowdey, LLP, 8300 Greensboro Dr., Suite 500, McLean, VA 22102, or at such date, time, and place as otherwise agreed to by counsel. The deposition will continue from day to day beginning at 9:00 a.m. until completed, with such adjournments as to time and place as may be necessary. The deposition will be before a Notary Public or other officer, authorized by law to administer oaths, and may be videotaped. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Local Rules of this Court.

Counsel for defendants are invited to attend and cross examine.

DATED: October 30, 2020                    Respectfully submitted,

                                           Worlds, Inc.

1

By its Attorneys:

By: */s/ Alan A. Wright*
Max L. Tribble (*pro hac vice*)
mtribble@susmangodfrey.com
Chanler Langham (*pro hac vice*)
clangham@susmangodfrey.com
Ryan Caughey (*pro hac vice*)
rcaughey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
T: (713) 651-9366
F: (713) 654-6666

Wayne M. Helge (*pro hac vice*)
whelge@dbjg.com
Aldo Noto (*pro hac vice*)
anoto@dbjg.com
Alan A. Wright (*pro hac vice*)
awright@dbjg.com
Gregory A. Krauss (*pro hac vice*)
GKrauss@dbjg.com
James T. Wilson (*pro hac vice*)
jwilson@dbjg.com
DAVIDSON BERQUIST JACKSON &
GOWDEY, LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
T: (571) 765-7700

Joel R. Leeman
jleeman@sunsteinlaw.com
BBO # 292070
SUNSTEIN KANN MURPHY & TIMBERS
125 Summer Street
Boston, MA 02110-1618
T: (617) 443-9292
F: (617) 443-0004

ATTORNEYS FOR PLAINTIFF WORLDS, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon Defendants' counsel of record by email on October 30, 2020.

                                                                                   */s/ Alan A. Wright*
                                                                                    Alan A. Wright