# EXHIBIT 8

| | |
|---|---|
| **From:** | Wayne M. Helge <whelge@davidsonberquist.com> |
| **Sent:** | Wednesday, January 27, 2021 3:56 PM |
| **To:** | Specht, Claire; Worlds Activision DBJG; MTRIBBLE@SusmanGodfrey.com; rcaughey@susmangodfrey.com; clangham@SusmanGodfrey.com; jleeman@sunsteinlaw.com |
| **Cc:** | WH Activision Blizzard Worlds Service |
| **Subject:** | RE: Worlds, Inc. v. Activision Blizzard Inc. (D. Mass.) - Elliot Deposition |
| **Categories:** | Activision/Worlds |

**EXTERNAL SENDER**

Claire,

Worlds will take Mr. Elliot's deposition on Feb. 4th.

Thank you,

Wayne


Wayne Helge, Esq.
Partner & Registered Patent Attorney
Davidson Berquist Jackson & Gowdey, LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Email: whelge@dbjg.com
Office: 571-765-7700
Cellular: 571-271-9673
http://www.davidsonberquist.com


**From:** Specht, Claire <Claire.Specht@wilmerhale.com>
**Sent:** Wednesday, January 27, 2021 1:12 PM
**To:** Wayne M. Helge <whelge@davidsonberquist.com>; Worlds Activision DBJG <worlds-activision@dbjg.com>; MTRIBBLE@SusmanGodfrey.com; rcaughey@susmangodfrey.com; clangham@SusmanGodfrey.com; jleeman@sunsteinlaw.com
**Cc:** WH Activision Blizzard Worlds Service <WHActivisionBlizzardWorldsService@wilmerhale.com>
**Subject:** RE: Worlds, Inc. v. Activision Blizzard Inc. (D. Mass.) - Elliot Deposition

**\*EXTERNAL EMAIL\***

Wayne,

As noted below, Defendants have provided a supplemental response to Interrogatory No. 2, identifying Mr. Cash as a person knowledgeable about World of Warcraft; Worlds has already deposed Mr. Cash.

Defendants reiterate that given that Mr. Elliot has not worked on the World of Warcraft franchise for a number of years, his memory as to World of Warcraft at this time is limited, and we suggest that Worlds not put the parties and witness through the burden and expense of taking his deposition.

Please confirm by close of business today (1/27) that Worlds does not intend to depose Mr. Elliot. If Worlds insists on proceeding, please articulate what information Worlds seeks from Mr. Elliot that is noncumulative of the testimony provided by Mr. Cash. Please also note that if Worlds insists on proceeding, Mr. Elliot's deposition will need to take place on February 4.

Regards,
Claire

**Claire M. Specht | WilmerHale**
+1 617 526 6924 (t)
claire.specht@wilmerhale.com

---

**From:** Specht, Claire
**Sent:** Wednesday, January 20, 2021 8:21 PM
**To:** 'Wayne M. Helge' <whelge@davidsonberquist.com>; Worlds Activision DBJG <worlds-activision@dbjg.com>; MTRIBBLE@SusmanGodfrey.com; rcaughey@susmangodfrey.com; clangham@SusmanGodfrey.com; jleeman@sunsteinlaw.com
**Cc:** WH Activision Blizzard Worlds Service <WHActivisionBlizzardWorldsService@wilmerhale.com>
**Subject:** RE: Worlds, Inc. v. Activision Blizzard Inc. (D. Mass.) - Elliot Deposition

Wayne,

Defendants served a supplemental response to Interrogatory No. 2, further identifying George John Cash, IV, as a person knowledgeable concerning technical topics for World of Warcraft. Worlds deposed Mr. Cash on November 5, 2015 in his personal and 30(b)(6) capacity.

Regards,
Claire

**Claire M. Specht | WilmerHale**
+1 617 526 6924 (t)
claire.specht@wilmerhale.com

---

**From:** Wayne M. Helge <whelge@davidsonberquist.com>
**Sent:** Tuesday, January 19, 2021 11:13 PM
**To:** Specht, Claire <Claire.Specht@wilmerhale.com>; Worlds Activision DBJG <worlds-activision@dbjg.com>; MTRIBBLE@SusmanGodfrey.com; rcaughey@susmangodfrey.com; clangham@SusmanGodfrey.com; jleeman@sunsteinlaw.com
**Cc:** WH Activision Blizzard Worlds Service <WHActivisionBlizzardWorldsService@wilmerhale.com>
**Subject:** RE: Worlds, Inc. v. Activision Blizzard Inc. (D. Mass.) - Elliot Deposition

**EXTERNAL SENDER**

Claire,

Per below, please confirm by January 21, 2021 whether Mr. Elliot remains Defendants' identified person most knowledgeable regarding World of Warcraft's technical topics, as Defendants represented in their recent supplement to Worlds' Interrogatory No. 2.

Best,

Wayne


Wayne M. Helge, Esq.
Registered Patent Attorney
Davidson Berquist Jackson & Gowdey, LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Email: whelge@davidsonberquist.com
Tel: 571-765-7708
www.davidsonberquist.com


**From:** Wayne M. Helge
**Sent:** Thursday, January 14, 2021 9:07 PM
**To:** Specht, Claire <Claire.Specht@wilmerhale.com>; Worlds Activision DBJG <worlds-activision@dbjg.com>; MTRIBBLE@SusmanGodfrey.com; rcaughey@susmangodfrey.com; clangham@SusmanGodfrey.com; jleeman@sunsteinlaw.com
**Cc:** WH Activision Blizzard Worlds Service <WHActivisionBlizzardWorldsService@wilmerhale.com>
**Subject:** RE: Worlds, Inc. v. Activision Blizzard Inc. (D. Mass.) - Elliot Deposition

Claire,

Worlds' Rog 2 asked Defendants to identify PMKs for certain topics.  On October 16, 2020, Defendants confirmed their earlier response by identifying Mike Elliot as this person for World of Warcraft's technical topics.  Will Defendants be modifying their response to Worlds' Rog No. 2?

Thanks,
Wayne


Wayne M. Helge, Esq.
Registered Patent Attorney
Davidson Berquist Jackson & Gowdey, LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Email: whelge@davidsonberquist.com
Tel: 571-765-7708
www.davidsonberquist.com


**From:** Specht, Claire <Claire.Specht@wilmerhale.com>
**Sent:** Wednesday, January 13, 2021 4:52 PM
**To:** Wayne M. Helge <whelge@davidsonberquist.com>; Worlds Activision DBJG <worlds-activision@dbjg.com>;

MTRIBBLE@SusmanGodfrey.com; rcaughey@susmangodfrey.com; clangham@SusmanGodfrey.com; jleeman@sunsteinlaw.com
**Cc:** WH Activision Blizzard Worlds Service <WHActivisionBlizzardWorldsService@wilmerhale.com>
**Subject:** Worlds, Inc. v. Activision Blizzard Inc. (D. Mass.) - Elliot Deposition

## *EXTERNAL EMAIL*

Counsel,

I write regarding Worlds' 30(b)(1) deposition notice to Mike Elliot.  As we explained during the parties' meet and confer on December 15, Mr. Elliot has not worked on World of Warcraft for 8 years.  Accordingly, his memory as to World of Warcraft at this time is limited, and we suggest that Worlds not put the parties and witness through the burden and expense of a deposition.  If Worlds agrees to forego Mr. Elliot's deposition, Defendants agree not to call Mr. Elliot as a witness at trial.

Please let us know Worlds' position by Friday, January 15.

Regards,
Claire

**Claire M. Specht | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6924 (t)
+1 617 526 5000 (f)
claire.specht@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

## Davidson, Berquist, Jackson & Gowdey LLP

NOTICE

This message, including any attachments, may contain attorney/client privileged communications and confidential business information and is intended for use only for whom it is addressed. Disclosure, interception, copying, dissemination, or any other use of this message by anyone other than any intended recipient is strictly prohibited. If you receive this message by mistake, please notify the sender or contact Davidson, Berquist, Jackson & Gowdey LLP at 571-765-7700.